**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ROBERT KENT,** | : | **PRISONER CIVIL RIGHTS** |
| **Plaintiff,** | : | **42 U.S.C. § 1983** |
| | : | |
| **v.** | : | |
| | : | |
| **UNNAMED,** | : | **CIVIL ACTION NO.** |
| **Defendant.** | : | **1:15-CV-2010-WSD-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S
<u>FINAL REPORT AND RECOMMENDATION</u>**

Plaintiff, Robert Kent, confined in the Reverend C. A. Holliday Unit in Huntsville, Texas, has submitted a letter, which the Clerk has docketed as a civil rights action pursuant to 42 U.S.C. § 1983. [Doc. 1.] Plaintiff has neither paid a filing fee for this case nor sought leave to proceed *in forma pauperis*.

Plaintiff seeks assistance in contacting his parents in Massachusetts and prison officials in Texas. [*Id.* at 2.] Plaintiff also requests that he be placed in the custody of the United States Marshals Service. [*Id.* at 5-6.] Plaintiff attaches a copy of a Texas Department of Criminal Justice grievance form that he filled out as well as legal research notes that he made. [*Id.* at 3-4, 7-21; Doc. 1-1 at 1-32.] Plaintiff mentions that he previously filed a case in this Court, but that case was dismissed without prejudice on May 18, 2015. *See* Opinion and Order, *Kent v. Martin*, No. 1:14-cv-943-WSD

(N.D. Ga. May 18, 2015).  [Doc. 1 at 21.]

This Court does not provide legal assistance or advice to litigants.  If Plaintiff wishes to challenge any aspect of his current confinement, he may file a case in an appropriate Texas state or federal court.  Plaintiff's submission in the present case does not articulate a clear claim for relief, and thus it is not in the interest of justice to transfer this action to a Texas federal court.  *See* 28 U.S.C. § 1404(a).  There is no indication that Plaintiff intends to commence a case over which the Northern District of Georgia would have jurisdiction.  Accordingly, this action should be administratively closed.

For the reasons stated above, **IT IS RECOMMENDED** that this action be **ADMINISTRATIVELY CLOSED**.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this  15th   day of June, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

2